FILED
2009 Jun-18 PM 01:11
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GERALD D. STOVER,** ) | |
| ) | |
| **Plaintiff ,** ) | |
| ) | |
| v. ) | Case No. 2:08-CV-2310-PWG |
| ) | |
| **SHERIFF TODD ENTREKIN, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 18, 2009, which, as corrected by Order entered May 22, 2009, recommended that the plaintiff's claims against Defendants Etowah County, Entrekin, Hassell, and Jones be dismissed under 28 U.S.C. § 1915A(b), along with the plaintiff's Fourteenth Amendment privacy claims, for failing to state a claim upon which relief may be granted. The magistrate judge further recommended that the plaintiff's Fourteenth Amendment deliberate indifference to safety and excessive force claims against Defendants Greene, Morgan, Neal and Hartley be referred to the magistrate judge for further proceedings. Additionally, the magistrate judge recommended that the plaintiff's Fourteenth Amendment supervisory liability claim against Defendant Hayes proceed. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiff's claims against Defendants Etowah County, Entrekin, Hassell, and Jones, along with the plaintiff's Fourteenth Amendment privacy claims, are **DISMISSED** pursuant to 28 U.S.C. § 1915A(b). It is further **ORDERED** that the plaintiff's Fourteenth Amendment deliberate indifference and excessive force claims against Defendants Greene, Morgan, Neal, and Hartley and the plaintiff's Fourteenth Amendment supervisory claim against Defendant Hayes are **REFERRED** to the magistrate judge for further proceedings. An appropriate order will be entered.

**DONE** this the 18th day of June, 2009.

**VIRGINIA EMERSON HOPKINS**
United States District Judge