# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GERALD D. STOVER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 2:08-cv-02310-PWG |
| | ) |
| **SHERIFF TODD ENTREKIN, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

In accordance with the Memorandum of Opinion entered contemporaneously herewith, the court **ORDERS** as follows:

1. The Magistrate Judge's Report is **ADOPTED** and the Magistrate Judge's Recommendation is **ACCEPTED**;

2. Because there are no genuine issues of material fact and they are entitled to judgment as a matter of law as to Plaintiff's Fourteenth Amendment substantive due process claim against them, Defendants Hayes, Greene, Hartley, and Neal's motion for summary judgment is **GRANTED**. Plaintiff's Fourteenth Amendment substantive due process claim against these defendants is **DISMISSED WITH PREJUDICE**;

3. Because there are genuine issues of material fact as to Plaintiff's Fourth Amendment claim against Defendants Hartley, Morgan, and Neal for excessive force, their motion for summary judgment on this claim is **DENIED**; and

4. Defendants Hartley, Morgan, and Neal's motion for summary judgment as to Plaintiff's Fourth Amendment excessive force claim against them on the basis of qualified immunity

is **DENIED**.

Defendants Hartley, Morgan, and Neal **SHALL** file an Answer to Plaintiff's complaint **within twenty (20) days of the entry date of this order**.

**DONE** and **ORDERED** this ___16th___ day of June, 2010.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE